UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SOSEH ESMAEILI, PH.D;<br>REFLECTIONS THERAPY – DR.<br>SOSEH ESMAEILI, PSY.D., PLLC,<br><br>Defendants. | Case No. CIV-25-1401-JCM-DJA<br><br>Hon. James C. Mahan<br>United States District Judge |

**DEFENDANT'S CONCURRENCE REGARDING PLAINTIFF'S MOTION TO EXTEND DEADLINES**

On Friday, March 27, 2026, the government called the office of undersigned counsel and asked for Defendants' concurrence in its forthcoming motion to extend discovery deadlines. We informed the government that we would need to speak with our clients.

After the weekend, on Monday, March 30, 2026, the government filed its Motion to Extend Discovery Deadlines [Doc. No. 30]. In the motion, the government notes that it had not yet heard from Defendants regarding our consent [Doc. No. 30, at p. 1].

The Defense therefore files this motion and notes that, having conferred with our clients, Defendants do not object to the government's motion but may oppose future requests.

Respectfully Submitted,

Dated: April 1, 2026

*/s/ Patrick Hecker*
PATRICK HECKER
SBBL Law
60 Monroe Center St. NW
Grand Rapids, MI 49503
patrick@sbbllaw.com
Tel: 616-458-5500

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

*/s/ Patrick Hecker*
PATRICK HECKER
SBBL Law
60 Monroe Center St. NW
Grand Rapids, MI 49503
patrick@sbbllaw.com
Tel: 616-458-5500
Fax: 616-458-6007